Scott S. McKessy (SM-5479)
Casey Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Plaintiff Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
WACHOVIA BANK NATIONAL ASSOCIATION     :   Civil Action No. 07 Civ. 11230
:
Plaintiff,    :
:
- against -    :   **WACHOVIA BANK, NATIONAL**
:   **ASSOCIATION'S**
:   **STATEMENT PURSUANT TO**
MAJAPARA CASA DE CAMBIO S.A. de C.V.,     :   **FED. R. CIV. P. 7.1**
:
Defendant.    :
:
-------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 7.1(a), to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Wachovia Bank, National Association certifies that the following are parent corporations and any publicly held corporations that own 10% or more of the stock of Wachovia Bank, National Association:

Wachovia Bank, National Association is a wholly owned
subsidiary of Wachovia Corporation. Wachovia Corporation
is a publicly traded company with no parent company.

Dated:  New York, New York            REED SMITH LLP
        December 13, 2007

                                      By: _____
                                          Scott S. McKessy (SM-5479)
                                          Casey Laffey (CL-1483)
                                      599 Lexington Avenue
                                      New York, NY 10022
                                      (212) 521-5400

                                      *Attorneys for Plaintiff*
                                      *Wachovia Bank, National Association*

NYLIB-464919.1