Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WACHOVIA BANK, National Association,

                Plaintiff,          07 Civ. 11230(BSJ)(RLE)

                - against -

CASA DE CAMBIO MAJAPARA S.A. de C.V.
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,

                Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, **Casey D. Laffey**, hereby certify that on the 14th day of December 2007, I caused true and correct copies of the foregoing documents:

    (a)    Summons in a Civil Action dated December 14, 2007;

    (b)    Complaint dated December 14, 2007;

    (c)    Civil Cover Sheet dated December 13, 2007;

    (d)    Wachovia Bank, National Association's Statement Pursuant to Fed. R. Civ. P 7.1 dated December 13, 2007;

    (e)    Individual Practices of Judge Barbara S. Jones;

    (f)    Individual Practices of Magistrate Judge Ronald L. Ellis;

    (g)    Order to Show Cause dated December 14, 2007;

    (h)    Declaration of Carlos A. Perez dated December 13, 2007 with exhibits thereto;

    (i)    Declaration of Scott S. McKessy dated December 13, 2007; and

    (j)    Memorandum of Law in Support of Plaintiff's Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment.

to be served upon:

**Case de Cambio Majapara S.A. de C.V.**
**a/k/a Majapara Casa de Cambio S.A. de C.V.**
Grecia No. 64
Colonia San Alvaro, Mexico City, C.P. 02090, Mexico

by: (i) depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the overnight delivery service for overnight delivery; (ii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid Registered Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York; and (iii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid First Class Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated: December 17, 2007
New York, New York

_____
Casey D. Laffey (CL-1483)