Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WACHOVIA BANK, National Association,    :
                                        :
              Plaintiff,                :
                                        :   07 Civ. 11230 (BSJ)(RLE)
      - against -                       :
                                        :
CASA DE CAMBIO MAJAPARA S.A. de C.V.    :
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,:
                                        :
              Defendant.                :
------------------------------------------------------------X

## DECLARATION OF CARLOS A. PEREZ

Carlos A. Perez, declares as follows:

1.  I am the Managing Director, Americas Group, Global Financial Institutions & Trade Services for Wachovia Bank, National Association ("Wachovia"). I am fully familiar with the facts set forth herein, and submit this declaration pursuant to 28 U.S.C. §1746, in support of Wachovia's instant application for the award of a pre-judgment attachment and temporary restraints.

2.  On Thursday, December 13, 2007, I signed a declaration in the above case reflecting that Majapara Casa de Cambio S.A. de C.V. ("Majapara"), a Mexican corporation, is a customer of my group.

3.  It has come to my attention that the correct corporate entity name may be Casa de Cambio Majapara S.A. de C.V. and not Majapara Casa de Cambio S.A. de C.V.

    4.    Casa de Cambio Majapara S.A. de C.V, however, is also known as and transacts business as Majapara Casa de Cambio, S.A. de C.V. It has been referred to by that name in various business transactions, including the foreign exchange confirmations which were attached the Complaint filed in this action.

    5.    No prior application for the relief requested herein has been made to this or any Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2007.

_____
Carlos A. Perez

-2-

Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WACHOVIA BANK, National Association,       :
                                                                              :     07 Civ. 11230 (BSJ)(RLE)
                          Plaintiff,                                  :
                                                                              :
            - against -                                               :     **ORDER TO SHOW CAUSE**
                                                                              :
CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a :
MAJAPARA CASA DE CAMBIO S.A. de C.V.,    :
                                                                              :
                          Defendants.                            :
-------------------------------------------------------------X

      Upon reading and filing the Declaration of Carlos A. Perez, dated December 16, 2007, the Declaration of Scott S. McKessy, dated December 17, 2007, and the exhibits annexed thereto, and all the prior pleadings and proceedings had herein, and there having been no prior motion for the relief requested herein; it is hereby

      **ORDERED**, that defendant Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa De Cambio S.A. de C.V. ("Majapara") show cause before this Court, in Courtroom 18B, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 21st day of December, 2007, at 10:00 am, why this Court's Order, dated December 14, 2007, should not apply to and bind, in all respects, Casa de Cambio Majapara S.A. de C.V. a/k/a Casa de Cambio Majapara S.A. de C.V.

**IT IS FURTHER ORDERED THAT**, pending the hearing and determination of Wachovia's prior application for an award of pre-judgment attachment, returnable on December 21, 2007 at 10:00 a.m., Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa de Cambio S.A. de C.V., is to be considered the defendant in this action and that this Court's Order, dated December 14, 2007 shall bind and apply to Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa de Cambio S.A. de C.V. and that the December 14, 2007 Order of this Court otherwise remains in force and effect.

**IT IS FURTHER ORDERED THAT**, service of a copy of this Order along with all the supporting papers via facsimile to Majapara at the fax number listed on its website for the receipt of facsimiles (marked "URGENT – Deliver to Jorge Ortiz Munoz, Chairman/CEO"), via overnight mail and Registered mail upon Majapara at its office located at Grecia No. 64, Colonia San Alvaro, Mexico City, C.P. 02090, Mexico, on or before December 18, 2007, be deemed good and sufficient service thereof.

Dated: New York, New York
       December 17, 2007

SO ORDERED:

_____
United States District Judge