Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WACHOVIA BANK, National Association,      :
                                          :
                         Plaintiff,       :      07 Civ. 11230 (BSJ)(RLE)
                                          :
            - against -                   :
                                          :
CASA DE CAMBIO MAJAPARA S.A. de C.V.      :
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,:
                                          :
                         Defendants.      :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, **CASEY D. LAFFEY**, hereby certify as follows:

1. On the 17th day of December 2007, I attempted to serve the following documents: (a) Order to Show Cause dated December 17, 2007; (b) Declaration of Scott S. McKessy dated December 17, 2007 with exhibits thereto including the Amended Complaint dated December 17, 2007; and (c) Declaration of Carlos A. Perez dated December 16, 2007, upon Casa De Cambio Majapara S.A. de C.V. a/k/a Majapara Casa de Cambio S.A. de C.V. ("Majapara") at the address listed on its website (majapara.com.mx) for the receipt of facsimiles, (01-55) 1084-6549. However, after trying the number several times, I discovered that the number was not a valid fax number.

2. I then searched the records within my possession concerning Wachovia Bank, National Association's transactions with Majapara and located 5255-5254-56-9 as another fax number used by Majapara. As a result, I then completed service of the aforementioned documents by faxing them to Majapara at that number and received a confirmation that the fax transmission was received.

3. In addition, on the 17th day of December 2007, I also caused true and correct copies of the foregoing documents to be served upon Majapara at its address located at Grecia No. 64, Colonia San Alvaro, Mexico City, C.P. 02090, Mexico by: (i)

depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the overnight delivery service for overnight delivery; (ii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid Registered Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York; and (iii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid First Class Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated: December 17, 2007
      New York, New York

                                                               Casey D. Laffey (CL-1483)