USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

WACHOVIA BANK, NATIONAL ASSOCIATION,

        Plaintiff,

-against-

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a

MAJAPARA CASA DE CAMBIO S.A. de C.V.,

CASA de CAMBIO MAJAPARA S.A. de C.V. AND

MAJAPARA CASSA de CABMIO S.A. de C.V.,

        Defendants.

------------------------------------X

Index No.: 07 Civ. 11230 (BSJ)(RLE)

Bond No.: 81959013

Whereas, the Plaintiff, Wachovia Bank, National Association has obtained a temporary injunction in the above entitled action, enjoining the Defendant: CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V., CASA de CAMBIO MAJAPARA S.A. de C.V. AND MAJAPARA CASSA de CABMIO S.A. de C.V., its (their) agents and attorneys from certain acts and/or omissions as more fully set forth in the order. AND WHEREAS, Wachovia Bank, National Association, the plaintiff in this action, has by its officers made an Affidavit sworn to on the 20th day of November, 2007, wherein it claims that possession of certain described <u>Assets</u> valued at the sum of Thirty Eight Million DOLLARS ($38,000,000.00) is wrongfully held by defendants and that plaintiff is entitled to immediate delivery of such <u>Assets</u>,

    NOW, therefore, we the undersigned, the Plaintiff, Wachovia Bank, National Association as Principal and <u>Federal Insurance Company</u> a corporation organizing and existing

-1-

under the laws of the State of <u>Indiana</u>, and having an office at <u>15 Mountain View Rd., Warren, NJ 07059</u>, as surety do hereby undertake and become bound to the defendants, the Sheriff or to any other person who may become a party to this action in the sum of **ONE MILLION AND NO/100 DOLLARS ($1,000,000)** for the return of the chattel to any person to whom possession is awarded by the judgment, and for the payment of any sum awarded by the judgment against the plaintiff herein, not to exceed the penal sum of **ONE MILLION AND NO/100 DOLLARS ($1,000,000).**

        **Wachovia Bank, National Association**

BY: _____ (SEAL)
    Principal, Ann D. Woodruff

        **Surety Company**

By: _____
    Attorney-In-Fact on behalf of Surety
    Karen Griffie

        **Notary Public**

_____

Taken before and approved by me,

_____  12/19/07
Clerk of the Court

By: _____
    Deputy Clerk

| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |
|---|---|---|---|

Know All by These Presents, That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint **Joe E. Hunnicutt, Ann D. Woodruff and Karen Griffie of Charlotte, North Carolina**——

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this 27th day of October, 2005.

Kenneth C. Wendel, Assistant Secretary

John P. Smith, Vice President

STATE OF NEW JERSEY
County of Somerset  ss.

On this 27th day of October, 2005 before me, a Notary Public of New Jersey, personally came Kenneth C. Wendel, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Kenneth C. Wendel, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with John P. Smith, and knows him to be Vice President of said Companies; and that the signature of John P. Smith, subscribed to said Power of Attorney is in the genuine handwriting of John P. Smith, and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal



KAREN A. EDER
Notary Public, State of New Jersey
No. 2231647
Commission Expires Oct. 26, 2009

Karen Eder, Notary Public

### CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- In- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Kenneth C. Wendel, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

(i) the foregoing extract of the By- Laws of the Companies is true and correct,
(ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
(iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this

December 17, 2007

 

Kenneth C. Wendel, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY Telephone (908) 903- 3493 Fax (908) 903- 3656
e-mail: surety@chubb.com