Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
WACHOVIA BANK, National Association,                     :
                                                         :
                            Plaintiff,                   :      07 Civ. 11230 (BSJ)(RLE)
                                                         :
            - against -                                  :
                                                         :      **CERTIFICATE OF SERVICE**
CASA DE CAMBIO MAJAPARA S.A. de C.V.                     :
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,              :
                                                         :
                            Defendants.                  :
-----------------------------------------------------------------------X

I, **Casey D. Laffey**, hereby certify that on the 18th day of December 2007, I caused true and correct copies of the foregoing documents:

    (a)    Amended Summons in a Civil Action dated December 17, 2007; and

    (b)    Amended Complaint dated December 17, 2007;

to be served upon:

**Casa De Cambio Majapara S.A. de C.V.**
**a/k/a Majapara Casa de Cambio S.A. de C.V.**
Grecia No. 64
Colonia San Alvaro
Mexico City, C.P. 02090, Mexico

by: (i) depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the overnight delivery service for overnight delivery; (ii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid Registered Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York; and (iii) depositing true copies thereof enclosed in a securely sealed, properly addressed fully postpaid First Class Mail wrapper in an

official depository under the exclusive care and custody of the United States Postal Service within the City, County and State of New York.

Dated:  December 18, 2007
       New York, New York

                                               Casey D. Laffey (CL-1483)