Scott S. McKessy (SM-5479)
Casey Laffey (CL-1483)
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450



Attorneys for Plaintiff Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WACHOVIA BANK, NATIONAL ASSOCIATION, : 07 Civ. 11230 (BSJ)(RLE)

    Plaintiff,

  - against - : **ORDER**

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

    Defendant.
------------------------------------------------------------X

Now, upon application by plaintiff Wachovia Bank, National Association ("Wachovia") on December 20, 2007, and upon reading this Court's Order of Attachment dated December 20, 2007, it is

**ORDERED** that Wachovia shall be entitled to serve Interrogatories upon any bank, financial institution, or other third party (the "Garnishees") located in New York for purposes of gathering information on any assets in the name of defendant Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa de Cambio S.A. de C.V. ("Majapara") or any debts due and owing to Majapara.

**IT IS FURTHER ORDERED** that responses to such Interrogatories are to be served by the Garnishees so as to be received by counsel for Wachovia, Reed Smith LLP,



599 Lexington Avenue, New York, NY 10022, Attn: Scott S. McKessy, within three (3) business days of Wachovia's personal service of such Interrogatories upon the Garnishees.

**IT IS FURTHER ORDERED** that Wachovia shall be entitled to serve its First Set of Interrogatories and First Request for the Production of Documents upon Majapara by overnight mail, with responses to such discovery to be served so as to be received by counsel for Wachovia within four (4) business days of Wachovia's service of such discovery via overnight delivery upon Majapara.

Dated: New York, New York
December 21, 2007

SO ORDERED:

_____
United States District Judge