# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6743
Writer's Direct Fax: (212) 202-7516
E-mail: dupont@thshlaw.com

January 7, 2008

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007



Re:  *Wachovia v. Casa de Cambio MAJAPARA, S.S. de C.V,*
Case No. 07 Civ. 11230 (SDNY)

Dear Judge Jones:

    We are New York counsel for defendant Casa De Cambio MAJAPARA S.A. de C.V., a/k/a MAJAPARA Casa de Cambio S.A. de C.V. in the above-captioned matter. We request emergency relief granting a 30-day extension of time to answer, move or otherwise respond to the Amended Complaint in this case. We made this request to plaintiff's counsel on January 4, 2007 (*see* letter to Reed Smith LLP, dated January 4, 2008, annexed hereto), but plaintiff's counsel states that they have not yet received approval from their client and are unable to respond to our request.

    Plaintiff sent the Amended Summons and Amended Complaint on our client on December 18, 2007, by mailing the documents via overnight delivery, Registered Mail and First Class Mail from New York, New York to Mexico City, Mexico. Although we do not concede that this constitutes effective service of process, out of an abundance of caution we nevertheless request until Wednesday, February 6, 2008 to answer, move or otherwise respond to the Amended Complaint. Needless to say, this request should not be construed either as a general appearance or a consent to personal jurisdiction.

[823555-1]

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
Honorable Barbara S. Jones
January 7, 2008
Page 2

        No prior application for the same or similar relief has been made in this matter.

                          Respectfully submitted,

                          George F. du Pont

GDP/sc

cc:    Scott S. McKessey, Esq., counsel for Plaintiff (via facsimile (212) 521-5450)
        Michael D. Richman, Esq., counsel for Plaintiff (via facsimile (312) 207-6400)
        Michael S. Leib, Esq., counsel for Plaintiff (via facsimile (312) 207-6400)
        Celiza P. Braganca, Esq., counsel for Defendant (via facsimile (312) 641-6492)

*Application Granted*

SO ORDERED
Dated:
                BARBARA S. JONES
                U.S.D.J.

1/8/07

[823555-1]