# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Scott S. McKessy**
Direct Phone: 212.521.5421
Email: smckessy@reedsmith.com

January 7, 2008



**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

    Re:    Wachovia Bank, National Association v. Casa de Cambio Majapara S.A. de C.V. et al.,
            07 Civ. 11230 (BSJ)(RLE)

Dear Judge Jones:

    My firm represents Wachovia Bank National Association ("Wachovia") in the above-referenced action. This past Friday afternoon, I was first contacted by the firm of Sperling & Slater who informed me that it would be appearing in this action on behalf of the defendant Majapara Casa De Cambio a/k/a Casa de Cambio Majapara. Majapara's counsel asked if Wachovia objected to a thirty-day extension of time to respond to the amended complaint, to which I indicated I needed to speak with my client and would revert. Before I had an opportunity to get back to Majapara's counsel regarding my client's position, its local counsel sent this Court a letter requesting an extension of time to respond to the complaint. Please be advised that Wachovia does not object to this extension of time.

    Now that counsel has appeared in this action, however, Wachovia respectfully requests that Majapara's counsel acknowledge and represent that Majapara is complying with this Court's various orders of December 14th (as modified by this Court's Order of December 17th), December 20th and December 21st. Specifically, we request that Majapara be compelled to provide the information this Court ordered Majapara to produce in the December 14th Order (which was originally due on December 19th but which has never been supplied) no later than this Friday, January 11, 2008 (*i.e.* provide a detailed description, including location, of each asset and debt owed to Majapara).

Respectfully submitted,

*Scott S. McKessy*
Scott S. McKessy

*Application Granted. Majapara is directed to provide the requested information no later than 1/11/08.*

**SO ORDERED**
Dated: 1/8/07

*Barbara S. Jones*
**BARBARA S. JONES**
U.S.D.J.

SSM/bt

cc:    All Counsel (via facsimile)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-468497 1