UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                           :

WACHOVIA BANK, National Association,    :

                   Plaintiff,      :    07 Civ. 11230 (BSJ)(RLE)

                                           :

        - against -           :

                                         :   **NOTICE OF APPEARANCE**

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a :
MAJAPARA CASA de CAMBIO S.A. de C.V.,   :

                                         :

                 Defendant.     :

                                         :
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that Tannenbaum Helpern Syracuse & Hirschtritt LLP

hereby appears on behalf of Defendant Casa De Cambio MAJAPARA S.A. de C.V., a/k/a

MAJAPARA Casa de Cambio S.A. de C.V in the above-referenced action and demands

copies of all notices and papers served in connection with the above referenced action.


Dated:  New York, New York
       January 22, 2008

                                   TANNENBAUM HELPERN
                                   SYRACUSE & HIRSCHTRITT LLP

                     By: _____
                               Vincent J. Syracuse (VS-7678)
                               David A. Pellegrino (DP-9649)
                               George F. du Pont (GD-3240)
                               Attorneys for Defendant
                               Casa De Cambio MAJAPARA S.A.
                               de C.V., a/k/a MAJAPARA Casa de
                               Cambio S.A. de C.V
                               900 Third Avenue
                               New York, New York 10022
                               (212) 508-6700

[823750-1]

**TO:**    Scott S. McKessy, Esq.
Casey D. Laffey, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York  10022-7650