UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WACHOVIA BANK, National Association,

                Plaintiff,                     07 Civ. 11230 (BSJ)(RLE)

       - against -

                                           **NOTICE OF MOTION**

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA de CAMBIO S.A. de C.V.,

                Defendant.

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Miguel Meza Rousseau, sworn to on the 15th day of January, 2008, the accompanying memorandum of law, and upon all prior papers and proceedings, Defendant Casa De Cambio Majapara S.A. de C.V. ("Majapara") hereby moves this Court before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York for an Order (1) vacating the Order of Attachment entered on December 20, 2007, (2) placing all funds subject to the Court's attachment and all amounts taken from Majapara's account with Plaintiff Wachovia Bank, N.A. ("Wachovia") in the Court registry, (3) substantially increasing the undertaking/bond that Wachovia must post at an amount that will adequately compensate Majapara for damages and losses, and (4) granting such other and further relief as this Court may deem just and proper.

[824492-1]

Dated: New York, New York
       January 22, 2007

                    TANNENBAUM HELPERN
                    SYRACUSE & HIRSCHTRITT LLP

By:    /S/ Vincent J. Syracuse
        Vincent J. Syracuse (VS 7678)
        David A. Pellegrino (DP 9649)
        George F. du Pont (GD 3240)
        *Attorneys for Defendant*
        *MAJAPARA Casa de Cambio S.A. de C.V.*
        900 Third Avenue
        New York, New York 10022
        (212) 508-6700