UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WACHOVIA BANK, NATIONAL
ASSOCIATION,

                 Plaintiff,

                 - against -

CASA DE CAMBIO MAJAPARA S.A. de C.V.
a/k/a MAJAPARA CASA DE CAMBIO S.A. de
C.V.,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 11230

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Defendant Majapara Casa De Cambio S.A. de C.V. certifies that there are no corporate parents or affiliates of said party, which are publicly held.

Dated: New York, New York
        January 22, 2008

Tannenbaum Helpern Syracuse
& Hirschtritt LLP

_____/S/ Vincent J. Syracuse___
Vincent J. Syracuse (VS-7678)
*Attorneys for Defendant Majapara Casa De Cambio S.A. de C.V.,*
900 Third Avenue
New York, NY 10022
(212) 508-6700

[824575-1]