UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WACHOVIA BANK, National Association,

                    Plaintiff,                  07 Civ. 11230 (BSJ)(RLE)

        - against -                  **NOTICE OF APPEARANCE**

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA de CAMBIO S.A. de C.V.,

                    Defendant.

-----------------------------------------------------------------X

PLEASE TAKE NOTICE, that Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears on behalf of Defendant Casa De Cambio MAJAPARA S.A. de C.V., a/k/a MAJAPARA Casa de Cambio S.A. de C.V in the above-referenced action and demands copies of all notices and papers served in connection with the above referenced action.

Dated: New York, New York
       January 22, 2008

                                        TANNENBAUM HELPERN
                                        SYRACUSE & HIRSCHTRITT LLP

                        By: _____
                                        Vincent J. Syracuse (VS-7678)
                                        David A. Pellegrino (DP-9649)
                                        George F. du Pont (GD-3240)
                                        Attorneys for Defendant
                                        Casa De Cambio MAJAPARA S.A.
                                        de C.V., a/k/a MAJAPARA Casa de
                                        Cambio S.A. de C.V
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6700

[823750-1]

**TO:**   Scott S. McKessy, Esq.
Casey D. Laffey, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, New York  10022-7650

[823750-1]

2