Case 1:07-cv-11230-BSJ   Document 24   Filed 01/28/2008   Page 1 of 6

United Mexican States
Federal District
City of México
Embassy of the United
States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WACHOVIA BANK, N.A.,           )
                               )
       Plaintiff,              )
                               )     Case No. 07-Civ.-11230 (BSJ)(RLE)
v.                             )
                               )
CASA DE CAMBIO MAJAPARA S.A. de C.V., )
a.k.a. Majapara Casa de Cambio S.A. de C.V.  )
                               )
       Defendant.              )

## AFFIDAVIT OF SERVICE OF JORGE SANCHEZ CUBILLO

I, Jorge Sanchez Cubillo, being first duly sworn upon oath state as follows:

1. I have personal knowledge of the facts contained herein and, if called upon as a witness, I could and would competently testify thereto.

2. I am an attorney with the firm Cacheaux, Cavazos & Newton in Mexico. I am licensed to practice law in Mexico under professional license number 3236149, issued by the General Office of Professions of the Public Education Department.

3. On Monday December 31, 2007, at approximately 2:00 p.m., I went to the main office of Casa de Cambio Majapara, S.A. de C.V. ("Majapara"), a Mexican corporation, located at Lago Margarita No. 16 Granada District in Mexico City, Federal District, Mexico 11520.

4. The purpose of my visit was to serve process upon Majapara in connection with two lawsuits filed in United States courts by my client Wachovia Bank, N.A. One lawsuit, Case No. 07-Civ.-11230, was filed on December 17, 2007 in federal court in the Southern District of New York. The second lawsuit, Case No. 07 CH 13958, was filed on December 17, 2007 in state court in the Circuit Court of Cook County, Illinois.

5. Upon my arrival at Majapara's headquarters, I rang the door bell and entered a small reception area equipped with a metal detector and a large security one-way mirror with a speaker next to it. Mr. Gregorio Bautista spoke to me over the speaker at the entranceway. Mr. Bautista confirmed that the building was Majapara's main office.

6. Mr. Bautista represented that he was an employee of Majapara.

7. I told Mr. Bautista that the purpose of my visit was to serve notice of the aforementioned two lawsuits to a Majapara employee authorized to receive such legal documents.

8. Mr. Bautista represented that he was authorized to receive any notice.

9. Immediately thereafter, I gave Mr. Bautista the following documents:

**New York action (S.D.N.Y. Case No. 07-Civ.-11230) (BSJ) (RLE))**

- Amended Summons dated December 17, 2007
- Amended Complaint dated December 17, 2007

**Illinois action (Ill. Cir. Ct. Case No. 07 CH 13958)**

- Notice of Emergency Motions dated December 14, 2007
- Plaintiff's Emergency Motion for Issuance of Order of Attachment dated December 14, 2007
- Additional Statement dated December 14, 2007
- Affidavit of Carlos A. Perez dated December 13, 2007
- Certified Order for Attachment and Summons dated December 14, 2007
- Ex-Parte Motion for Appointment of Special Process Server dated December 14, 2007

- Order (regarding service of process) dated December 14, 2007
- Bond for Prejudgment Attachment dated December 14, 2007
- Civil Action Cover Sheet dated December 14, 2007
- Plaintiff's Emergency Motion for Entry of Ex Parte Temporary Restraining Order Against Defendant JOM Corporation of Illinois and Expedited Discovery dated December 17, 2007
- Temporary Restraining Order dated December 17, 2007
- Affidavit of Arlene Rentas-Novoa dated December 17, 2007
- Plaintiff's Emergency Motion for Leave to Amend Caption and for Supplement Order of Attachment, *Instanter* dated December 17, 2007
- Order (regarding leave to amend) dated December 17, 2007
- Certified Supplemental Order for Attachment and Summons dated December 17, 2007
- Plaintiff's Emergency Motion for Leave to Add Defendant dated December 17, 2007
- Order (regarding leave to add defendant) dated December 17, 2007
- Notice of Filing and Rider to the Bond for Prejudgment Attachment dated December 17, 2007
- Complaint dated December 17, 2007
- Plaintiff's Emergency Motion to Modify Temporary Restraining Order dated December 20, 2007
- Order Modifying Temporary Restraining Order dated December 20, 2007
- Order regarding Plaintiff's Motion for Temporary Restraining Order dated December 27, 2007

10.     Mr. Bautista stamped and writing by hand his name next to said stamp on the return receipt of the notices of service for both the New York and Illinois actions. The stamps read "CASA DE CAMBIO MAJAPARA, S.A. DE C.V. **RECEIVED** DECEMBER 31, 2007.

LAGO MARGARITA No. 16 COL. GRANADA MEXICO, D.F." (True and accurate copies of the Returns of Service are attached hereto as Exhibit 1.)

11. I completed this service in compliance with Article 10 of the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters.

12. In compliance with guidelines published by the United States Department of State regarding service of process upon Mexican entities in civil or commercial matters, I hereby execute this Affidavit of Service before a U.S. consul or vice consul at the American Embassy or nearest consulate.

Executed this 7th day of January 2008 in Mexico City, Mexico.

By: _____
Jorge Sanchez Cubillo

2130137

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
DAY OF ___JAN - 7 2008___ 20 _____

_____
MARTIN B. TATUCH
CONSUL

PRESIDENTIAL COMMISSIONS ARE PERMANENT

**ORIGINAL**

₊O 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Wachovia Bank, National Association

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 07 Civ. 11230 (BSJ)(RLE)

Casa De Cambio Majapara S.A. de C.V.
a/k/a Majapara Casa de Cambio S.A. de C.V.

TO: (Name and address of Defendant)

Grecia No. 64
Colonia San Alvaro
Mexico City, C.P. 02090, Mexico

Lago Margarita No. 16
Colonia Granada
México D.F. C.P. 11520

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jorge Sánchez Cubillo
Av. Tecamachalco No. 14-502
Colonia Lomas de Chapultepec
México D.F. C.P. 11010

CASA DE CAMBIO
MAJAPARA, S.A. DE C.V.
RECIBIDO
DIC. 31 2007
LAGO MARGA... No. 1.
COL. GRANADA MEXICO, D.F.

Gregorio
Bautista

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    DEC 1 7 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE December 31, 2007 |
| NAME OF SERVER (PRINT) Jorge Sanchez Cubillo | TITLE Plaintiff's Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Main Office of Casa de Cambio Majapara, S.A. de C.V. located at Lago Margarita No. 16 Col. Granada, México D.F. CP 11520

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 31, 2007
　　　　　　Date　　　　　　　Signature of Server

Av. Tecamachalco No. 14-502 Col. Lomas Chapultepec
Address of Server
México D.F. CP 11010

Gregorio Bautista

[Stamp: CASA DE CAMBIO MAJAPARA, S.A. DE C.V. RECIBIDO DIC. 31 2007 LAGO MARGARITA No. 16 COL. GRANADA MEXICO, D.F.]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.