Jones/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
WACHOVIA BANK, National Association,

                Plaintiff,

     - against -

                                      07 Civ. 11230 (BSJ)(RLE)

CASA DE CAMBIO MAJAPARA S.A. de C.V. A/K/A
MAJAPARA CASA de CAMBIO S.A. de C.V.,

                Defendant.
-------------------------------------------------------------- x


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

## STIPULATION AND ORDER FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant, that the time for Defendant Casa De Cambio MAJAPARA S.A. de C.V., a/k/a MAJAPARA Casa de Cambio S.A. de C.V. to answer, move or otherwise respond to the Amended Complaint in this action be and is hereby extended through and including Thursday, February 14, 2008.

The parties hereto agree that this Stipulation and Order may be transmitted by facsimile or digitally or by similar means and its reproduction of signatures by facsimile or digitally or similar means will be treated as binding as if original. Each party hereto agrees to provide the other party hereto with a copy of this Stipulation and Order bearing original signatures promptly upon demand.

[824909-1]

Dated: January 25, 2008
      New York, New York

REED SMITH LLP

By: _____
Scott S. McKessey (SM-5479)
Casey D. Laffey (CL-1483)

599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*Wachovia Bank, National Association*

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
Vincent J. Syracuse (VS-7678)
David A. Pellegrino (DP-9649)
George F. du Pont (GD-3240)

900 Third Avenue
New York, NY 10022
(212) 508-6700

*Attorneys for Defendant*
*Casa De Cambio MAJAPARA S.A.*
*de C.V., a/k/a MAJAPARA Casa de*
*Cambio S.A. de C.V.*

So Ordered this 28th day of January, 2008:

_____
U.S.D.J.

[824909-1]