Jones, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE FILED: 2/4/08

------------------------------------------------X
WACHOVIA BANK, National Association,

         Plaintiff,

    - against -

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

         Defendant.
------------------------------------------------X

07 Civ. 11230 (BSJ)(RLE)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** to by the undersigned that:

1. Opposition papers to defendant's motion to vacate the Court's order of attachment, dated January 22, 2007 (the "Motion"), are to be served so as to be received on or before February 12, 2008.

2. Reply papers in further support of the Motion are to be served on or before February 22, 2008.

3. Facsimile signatures shall be deemed to be original signatures for the purposes of this stipulation.

Dated: New York, New York
       February 1, 2008

REED SMITH LLP

By: _____
   Scott S. McKessy (SM-5479)
   Casey D. Laffey (CL-1483)
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
*Attorneys for Plaintiff*

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
   George F. du Pont (GD-3240)
   David A. Pellegrino (DP-9649)
900 Third Avenue
New York, New York 10022
Tel. (212) 508-6700
Fax: (212) 371-1084
*Attorneys for Defendant*

SO ORDERED:

_____
J.S.C. U.S.D.J.

2/4/08