UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WACHOVIA BANK, National Association,

                Plaintiff,                    07 Civ. 11230 (BSJ)(RLE)

      - against -                          **NOTICE OF MOTION**

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA de CAMBIO S.A. de C.V.,

                Defendant.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Celiza P. Braganca, sworn to on the 7th day of February, 2008, the accompanying memorandum of law, and upon all prior papers and proceedings, Defendant Casa De Cambio Majapara S.A. de C.V. ("Majapara") hereby moves this Court before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York pursuant to 28 U.S.C. § 1404(a) to transfer the present case to the Northern District of Illinois, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       February 7, 2008

                                            TANNENBAUM HELPERN
                                            SYRACUSE & HIRSCHTRITT LLP

                         By:     /S/ Vincent J. Syracuse
                                Vincent J. Syracuse (VS 7678)
                                David A. Pellegrino (DP 9649)
                                George F. du Pont (GD 3240)
                                *Attorneys for Defendant*
                                *Casa de Cambio Majapara S.A. de C.V.*
                                900 Third Avenue
                                New York, New York 10022
                                (212) 508-6700

[824492-1]

Of Counsel:
Celiza P. Bragança
(*pro hac vice* motion to be made at hearing)
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492