**CERTIFICATE OF SERVICE**

    I, George F. du Pont, certify that I caused a true and correct copy of Casa de Cambio Majapara's Motion to Transfer, Memorandum of Law in Support, and Affidavit of Celiza P Braganca with Exhibits in Support, to be served upon:

    Scott McKessy
    REED SMITH, LLP
    599 Lexington Avenue
    New York, New York  10022
    Fax 212-521-5450

via e-filing this 7th day of February, 2008.

                                                      _____/s/_____
                                                      George F. du Pont

[825985-2]