UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
WACHOVIA BANK, N.A.,                   :
                                       :
            Plaintiff,                :  No. 07 Civ. 11230 (BSJ)(RLE)
                                       :
                                       :  **SUPPLEMENTAL DECLARATION**
    - against -                      :  **OF CELIZA P. BRAGANÇA**
                                       :
CASA de CAMBIO MAJAPARA de C.V., a/k/a :
MAJAPARA CASA de CAMBIO S.A. de C.V.   :
                                       :
            Defendant                 :
--------------------------------------- x

        CELIZA P. BRAGANÇA declares as follows under the penalties of perjury:

    1.    I am a member of Sperling & Slater, counsel for plaintiff Casa de Cambio Majapara de C.V. ("Majapara"). As such, I am fully familiar with the facts and circumstances as set forth herein. I make this supplemental declaration in further support of Majapara's Motion to Vacate Order of Attachment ("Majapara's Motion"), filed on January 22, 2008 because, in our motion papers, we attached exhibits to our Memorandum of Law, and not to an affidavit or declaration. I am remedying that error now. I make this supplemental declaration on the basis of personal knowledge gained from a review of my firm's file on this matter and information supplied by my client and others.

    2.    Exhibit A to Majapara's Memorandum is a true and correct copy of the Declaration of Miguel Meza Rousseau, with exhibits, executed on January 15, 2008 and filed in the present action.

[826019-1]

3. Exhibit B to Majapara's Memorandum is a true and correct copy of a letter from Carlos A. Perez of Wachovia Bank, N.A. ("Wachovia") to Carlos Acosta of Majapara, dated December 6, 2007.

4. Exhibit C to Majapara's Memorandum is a true and correct copy of the Declaration of Carlos A. Perez, a Managing Director at Wachovia, executed on December 13, 2007 and filed in the present action.

5. Exhibit D to Majapara's Memorandum is a true and correct copy of a letter from Jorge Ortiz Muñoz of Majapara to Carlos A. Perez of Wachovia, dated December 13, 2007, with English translation and Affidavit of Accuracy of Translation.

6. Exhibit E to Majapara's Memorandum is a true and correct copy of Title Five to the General Law of Ancillary Credit Organizations and Activities, with English translation and Affidavit of Accuracy of Translation, as well as a true and correct copy of the Rules Applicable to the Transactions Conducted by Foreign Exchange Bureaus, with English translation and Affidavit of Accuracy of Translation.

I declare, under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

_____
CELIZA P. BRAGANÇA

Sworn to before me this
8th day of February, 2008

_____
Notary Public

[826019-1]

Official Seal
Jeanne L Gilbert
Notary Public State of Illinois
My Commission Expires 02/18/2011

2