Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WACHOVIA BANK, National Association,       :
                                            :
                Plaintiff,                  :     07 Civ. 11230(BSJ)(RLE)
                                            :
        - against -                         :
                                            :
CASA DE CAMBIO MAJAPARA S.A. de C.V.        :
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V., :
                                            :
                Defendants.                 :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, **Casey D. Laffey**, hereby certify that on the 11th day of February 2008, I caused true and correct copies of the foregoing documents:

(a) Plaintiff's Notice of Motion dated February 11, 2008;

(b) Declaration of Scott S. McKessy dated February 11, 2008;

(c) Plaintiff's Memorandum of Law in Support of its Motion for an Order Declaring Defendant in Contempt of Court dated February 11, 2008;

(d) Plaintiff's Compendium of Exhibits Part I of III dated February 11, 2008;

(e) Plaintiff's Compendium of Exhibits Part II of III dated February 11, 2008; and

(f) Plaintiff's Compendium of Exhibits Part III of II dated February 11, 2008

to be served upon:

>Tannenbaum Helpern Syracuse & Hirschtritt LLP
>Attn: George F. du Point, Esq.
>900 Third Avenue
>New York, NY 10022-4775

By electronic case filing and by depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the overnight delivery service for overnight delivery within the City, County and State of New York.

Dated: February 11, 2008
      New York, New York

                                                Casey D. Laffey (CL-1483)