Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WACHOVIA BANK, National Association,          :
                                              :
                    Plaintiff,                :        07 Civ. 11230(BSJ)(RLE)
                                              :
            - against -                       :
                                              :
CASA DE CAMBIO MAJAPARA S.A. de C.V.          :
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,   :
                                              :
                    Defendants.               :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, **Casey D. Laffey**, hereby certify that on the 12th day of February 2008, I caused true and correct copies of the foregoing documents:

(a)    Declaration of Carlos A. Perez, dated February 11, 2008;

(b)    Declaration of Andrew Gross, dated February 11, 2008

(c)    Declaration of Scott S. McKessy dated February 12, 2008;

(d)    Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Vacate This Court's Pre-Judgment Order of Attachment dated February 12, 2008;

(e)    Plaintiff's Compendium of Exhibits Part I of III dated February 12, 2008;

(f)    Plaintiff's Compendium of Exhibits Part II of III dated February 12, 2008; and

(g)    Plaintiff's Compendium of Exhibits Part III of II dated February 12, 2008

to be served upon:

> Tannenbaum Helpern Syracuse & Hirschtritt LLP
> Attn: George F. du Point, Esq.
> 900 Third Avenue
> New York, NY 10022-4775

By electronic case filing and by depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the overnight delivery service for overnight delivery within the City, County and State of New York.

Dated:  February 12, 2008
       New York, New York

_____
     Casey D. Laffey (CL-1483)