UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
WACHOVIA BANK, National Association,

        Plaintiff,

   - against -

                                      07 Civ. 11230 (BSJ)(RLE)

CASA DE CAMBIO MAJAPARA S.A. de C.V. A/K/A
MAJAPARA CASA de CAMBIO S.A. de C.V.,

        Defendant.
------------------------------------------------------------ x

## STIPULATION AND ORDER FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendant as follows:

1. Opposition papers to Plaintiff's Motion for an Order Declaring Defendant in Contempt of Court, dated February 11, 2008 (the "Contempt Motion") are to be served so as to be received on or before 5:00 PM on Wednesday, March 5, 2008.

2. Reply papers in further support of the Contempt Motion are to be served so as to be received on or before 5:00 PM on Friday, March 14, 2008.

3. Opposition papers to Defendant's Motion to Transfer, dated February 7, 2008 (the "Transfer Motion") are to be served so as to be received on or before 5:00 PM on Wednesday, March 5, 2008.

4. Reply papers in further support of the Transfer Motion are to be served so as to be received on or before 5:00 PM on Friday, March 14, 2008.

{824909-1}

5. Reply papers in further support of Defendant's Motion to Vacate the Court's Pre-Judgment Order of Attachment, dated January 22, 2008 (the "Motion to Vacate") are to be served so as to be received on or before 5:00 PM on Wednesday, February 27, 2008.

The parties hereto agree that this Stipulation and Order may be transmitted by facsimile or digitally or by similar means and its reproduction of signatures by facsimile or digitally or similar means will be treated as binding as if original. Each party hereto agrees to provide the other party hereto with a copy of this Stipulation and Order bearing original signatures promptly upon demand.

Dated: February 20, 2008
New York, New York

REED SMITH LLP

By: _____
Scott S. McKessey (SM-5479)
Casey D. Laffey (CL-1483)

599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*Wachovia Bank, National Association*

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
Vincent␣J.␣Syracuse (VS-7678)
David A. Pellegrino (DP-9649)
George F. du Pont (GD-3240)

900 Third Avenue
New York, NY 10022
(212) 508-6700

*Attorneys for Defendant*
*Casa De Cambio MAJAPARA S.A.*
*de C.V., a/k/a MAJAPARA Casa de*
*Cambio S.A. de C.V.*

So Ordered this 21st day of February, 2008:

_____
U.S.D.J.

[824909-1]

2