**CERTIFICATE OF SERVICE**

      I, David A. Pellegrino, certify that I caused a true and correct copy of the Reply Memorandum in Support of Motion of Casa de Cambio Majapara to Vacate Injunction and Increase Undertaking/Bond of Wachovia to be served upon:

    Scott McKessy
    REED SMITH, LLP
    599 Lexington Avenue
    New York, New York  10022
    Fax 212-521-5450

via email and first class mail this 27th day of February, 2008.

                                                                                _____/s/_____
                                                                                 David A. Pellegrino