UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WACHOVIA BANK, National Association,

        Plaintiff,

- against -

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

        Defendant.
----------------------------------------------------------X

07 Civ. 11230 (BSJ)(RLE)

**STIPULATION**

**IT IS HEREBY STIPULATION AND AGREED** to by the undersigned that:

1. Plaintiff's time to reply, move, or otherwise respond to defendant's Amended Answer and Counterclaims is extended from March 10, 2008 to March 14, 2008.

2. This is the first request for an extension of plaintiff's time to reply, move, or otherwise respond to defendant's Amended Answer and Counterclaims, and the extension of time does not effect any other known dates or deadlines in this action.

3. Facsimile signatures shall be deemed to be original signatures for the purposes of this stipulation.

Dated: New York, New York
February 28, 2008

REED SMITH LLP

By: _____
Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
*Attorneys for Plaintiff*

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _____
George F. du Pont (GD-3240)
David A. Pellegrino (DP-9649)
900 Third Avenue
New York, New York 10022
Tel. (212) 508-6700
Fax: (212) 371-1084
*Attorneys for Defendant*

SO ORDERED:
_____
J.S.C.
2/29/08