Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WACHOVIA BANK, National Association,    :

                             :     07 Civ. 11230 (BSJ)(RLE)

          Plaintiff,             :

        - against -           :

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a:
MAJAPARA CASA DE CAMBIO S.A. de C.V.,    :

         Defendant.       :
-------------------------------------------------------------X

## DECLARATION OF JUANITA GOMEZ

JAUNITA GOMEZ, declares as follows:

1.     I am the Vice President and Country Manager of the Global Financial Institutions and Trade Services Department of Wachovia Bank, National Association ("Wachovia"). I am fully familiar with the facts set forth herein, and submit this declaration pursuant to 28 U.S.C. §1746, in opposition to the instant application by Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa De Cambio S.A. de C.V. ("Majapara") to transfer this action to the Northern District of Illinois.

2.     I understand that based upon my knowledge of the transactions at issue, I am likely to be called as a witness in this action.

3.     I currently work and reside in the Mexico City area of Mexico. It is just as inconvenient for me to travel to Chicago from Mexico City as it is for me to travel from Mexico City to New York.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March, 2008.

_____
Juanita Gomez