Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WACHOVIA BANK, National Association,

     Plaintiff,

   - against -

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

     Defendant.
------------------------------------------------------------X

07 Civ. 11230 (BSJ)(RLE)

## DECLARATION OF CARLOS A. PEREZ

Carlos A. Perez, declares as follows:

1. I am the Managing Director, Americas Group, Global Financial Institutions & Trade Services for Wachovia Bank, National Association ("Wachovia"). I am fully familiar with the facts set forth herein, and submit this declaration pursuant to 28 U.S.C. §1746, in opposition to the instant application by Casa de Cambio Majapara S.A. de C.V. a/k/a Majapara Casa De Cambio S.A. de C.V. ("Majapara") to transfer this action to the Northern District of Illinois.

2. As set forth in the prior declarations I submitted to this Court, I have had several conversations with Mr. Jorge Ortiz Munoz, Majapara's Chairman and Chief Executive Officer concerning the transactions at issue in this action. As a result, I understand that I am a likely to be called as a witness in this action.

3. I currently work and reside in the Miami, Florida area. Among other considerations, given the number of frequent direct flights from Miami to New York, having this case heard in the New York courts is more convenient for me than having it heard in Illinois.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2008.

_/s/ Carlos A. Perez_
Carlos A. Perez