Scott S. McKessy (SM-5479)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Plaintiff
Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WACHOVIA BANK, National Association,

            Plaintiff,

- against -

CASA DE CAMBIO MAJAPARA S.A. de C.V.
a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V.,

            Defendants.
------------------------------------------------------------------X

07 Civ. 11230(BSJ)(RLE)

## CERTIFICATE OF SERVICE

I, **Casey D. Laffey**, hereby certify that on the 5th day of March 2008, I caused true and correct copies of the foregoing documents:

    (a)    Declaration of Carlos A. Perez dated March 4, 2008;

    (b)    Declaration of Juanita Gomez dated March 5, 2008;

    (c)    Declaration of Scott S. McKessy dated March 5, 2008 with exhibits;

    (d)    Memorandum of Law in Opposition to Defendant's Motion to Transfer dated March 5, 2008;

to be served upon:

    Tannenbaum Helpern Syracuse & Hirschtritt LLP
    Attn: George F. du Point, Esq.
    900 Third Avenue
    New York, NY 10022-4775

By electronic case filing before 5:00 p.m. EST and by depositing true copies thereof enclosed in a securely sealed, properly addressed wrapper into the custody of the

overnight delivery service for overnight delivery within the City, County and State of New York.

Dated: March 5, 2008
      New York, New York

                                                                   Casey D. Laffey (CL-1483)