John A. Nocera (JAN-3399)
Peter A. Ragone (PAR-6714)
ROSNER NOCERA & RAGONE, LLP
110 Wall Street, 23rd Floor
New York, NY 10005
(212) 635-2244
Special Counsel for Plaintiff, Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WACHOVIA BANK, NATIONAL ASSOCIATION,    07 Civ. 11230 (BSJ)(RLE)

       Plaintiff,

   -against-

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

       Defendant.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Rosner Nocera & Ragone, LLP hereby appears as Special Counsel on behalf of plaintiff WACHOVIA BANK, NATIONAL ASSOCIATION, in the above captioned litigation, solely with respect to proceedings concerning non-party garnishee Citibank, N.A.

Dated: New York, NY
      March 20, 2008        ROSNER NOCERA & RAGONE, LLP
                                  Special Counsel for Plaintiff, Wachovia
                                  Bank, National Association

                              By: /s/ John A. Nocera
                                 John A. Nocera (JAN-3399)
                                 Peter A. Ragone (PAR-6714)
                                 John P. Foudy (JPF-7322)
                                 110 Wall Street, 23rd Floor
                                 New York, NY 10005
                                 Tel: (212) 635-2244
                                 Fax: (212) 635-0533

TO:   Citibank, N.A.
**Attn: Legal Dept.**
399 Park Avenue
New York, NY 10043

Reed Smith LLP
Attorneys for Wachovia Bank, National Association
**Attn:  Scott S. McKessy**
599 Lexington Avenue
New York, New York 10022-7650

Tannenbaum Helpern Syracuse & Hirshtritt LLP
Attorneys for Defendant Casa De
Cambio Majapara S.A. de C.V.
**Attn: George F. du Point, Esq.**
900 Third Avenue
New York, New York 10022-4775

toni/files/majaparanoticeofappearance (word)

John A. Nocera (JAN-3399)
Peter A. Ragone (PAR-6714)
ROSNER NOCERA & RAGONE, LLP
110 Wall Street, 23rd Floor
New York, NY 10005
(212) 635-2244
Special Counsel for Plaintiff, Wachovia Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WACHOVIA BANK, NATIONAL ASSOCIATION,    07 Civ. 11230 (BSJ)(RLE)

       Plaintiff,

  -against-

CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a
MAJAPARA CASA DE CAMBIO S.A. de C.V.,

       Defendant.
-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2008 the foregoing Notice of Appearance of Rosner Nocera & Ragone LLP was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

        Reed Smith LLP
        Attorneys for Wachovia Bank, National Association
        **Attn:  Scott S. McKessy**
        599 Lexington Avenue
        New York, New York 10022-7650


        Tannenbaum Helpern Syracuse & Hirshtritt LLP
        Attorneys for Defendant Casa De
        Cambio Majapara S.A. de C.V.
        **Attn: George F. du Point, Esq.**
        900 Third Avenue
        New York, New York 10022-4775

I hereby certify that on March 20, 2008 the foregoing Notice of Appearance of Rosner Nocera & Ragone LLP was personally served upon the following parties and participants:

>Citibank, N.A.
>**Attn: Legal Dept.**
>399 Park Avenue
>New York, NY 10043

>ROSNER NOCERA & RAGONE, LLP
>Special Counsel for Plaintiff, Wachovia
>Bank, National Association
>
>By: /s/  John A. Nocera
>    John A. Nocera (JAN-3399)
>    Peter A. Ragone (PAR-6714)
>    John P. Foudy (JPF-7322)
>    110 Wall Street, 23rd Floor
>    New York, NY 10005
>    Tel: (212) 635-2244
>    Fax: (212) 635-0533