UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 Civ. 11230 (BSJ) (RLE)

| WACHOVIA BANK, NATIONAL ASSOCIATION | Plaintiff | AFFIDAVIT OF SERVICE |
|---|---|---|
| against | | |
| CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a MAJAPARA CASA DE CAMBIO S.A. de C.V., | Defendant | |

STATE OF NEW YORK, COUNTY OF QUEENS ss:

PEDRO J. RODRIGUEZ, the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on MARCH 20th, 2008 at 5:05 PM, at 485 LEXINGTON AVENUE, LOBBY, NEW YORK, NY 10017
Deponent served the within -- NOTICE OF APPEARANCE, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGEMENT AGAINST NON-PARTY GARNISHEE CITIBANK, N.A., PLAINTIFF'S NOTICE OF MOTION FOR JUDGEMENT AGAINST GARNISHEE CITIBANK, N.A.
☒ Said papers served had endorsed thereon index # and date of filing

On CITIBANK, N.A.

**Individual** ☐ by delivering a true copy of each to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation** ☒ by delivering thereat a true copy of each to ANDREA BENNETT (VICE-PRESIDENT). Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person** ☐ by delivering there a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's ☐ Home ☐ Business Address, within the state. Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ Home ☐ Business Address ---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: Address Confirmed by

**Mailing** ☐ On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked "Personal & Confidential" in an official depository under the exclusive care and custody of the United States Post Office.
Certified Mail Number (If Required):

**Description** ☒ Gender FEMALE  Color of skin BLACK  Color of Hair BLACK  Facial Hair NO  Glasses NO
Approximate age 35-45  Approximate height 5'3-5'7  Approximate weight 130-140
Other identifying features:

**Fees** ☐ At the time of said service, deponent paid (tendered) in advance $ _____, the authorized witness fee and/or traveling expenses to the recipient.

**Military** ☐ In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
MARCH 21st, 2008

JEANETTE RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6181572
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 02/04/2012

_Jeanette [signature]_
Notary Public

_Pedro [signature]_
PEDRO J. RODRIGUEZ
License Number 1275175