Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Non-Party Garnishee
Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION, | 07 Civ. 11230 (BSJ)(RLE) |
| Plaintiff, | |
| - against - | **STIPULATION EXTENDING TIME TO RESPOND TO MOTION** |
| CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a MAJAPARA CASA de CAMBIO S.A. de C.V., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, that the time for non-party garnishee Citibank, N.A. to respond to plaintiff's motion for judgment (the "Motion for Judgment") against it be and the same hereby is extended sine die pending final adjudication of Casa de Cambio Majapara S.A. de C.V., v. Wachovia Bank, N.A. (Bankr. N.D. Illinois, Adv. Pro. No.: 08-00177) (Black, J.) (the "Adversary Proceeding") or dismissal of the underlying bankruptcy case (the "Bankruptcy Case") in connection with which the Adversary Proceeding was commenced; and

IT IS FURTHER STIPULATED AND AGREED, that Citibank, N.A. shall respond to the Motion for Judgment twenty-one days following receipt of written notice from plaintiff to Citibank, N.A.'s attorneys of record that the Adversary

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

Proceeding has been finally adjudicated or that the Bankruptcy Case has been dismissed; and

IT IS FURTHER STIPULATED AND AGREED, that pending order of this Court, the Motion for Judgment shall be deemed to remain pending notwithstanding any administrative transfer to the suspense docket or other similar events occasioned by this Stipulation, and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and filed without further notice with the Court and that facsimile or other electronic copies shall be deemed originals.

Dated: New York, New York
June 6, 2008

ROSNER NOCERA & RAGONE LLP

By: _____
John A. Nocera, Esq.
Peter A. Ragone, Esq.
John P. Foudy, Esq.
Special Counsel for Plaintiff, Wachovia
Bank, National Association
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Non-Party Garnishee
Citibank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

_____
U.S.D.J.
May ~~, 2008~~
June 17, 2008

525101-v1-5000-219