08/29/2008 18:01   0000000   ROSNER NOCERA&RAGONE   JoNeS   PAGE 02



Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Non-Party Garnishee
Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACHOVIA BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>CASA DE CAMBIO MAJAPARA S.A. de C.V. a/k/a<br>MAJAPARA CASA de CAMBIO S.A. de C.V.,<br><br>　　　　　　　　　　Defendants. | 07 Civ. 11230 (BSJ)(RLE)<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME<br>TO RESPOND TO MOTION** |

　　　　IT IS HEREBY STIPULATED AND AGREED, that the time for non-party garnishee Citibank, N.A. to respond to plaintiff's motion for judgment (the "Motion for Judgment") against it be and the same hereby is extended to and including September 12, 2008, and any reply shall be due by October 9, 2008, and

　　　　IT IS FURTHER STIPULATED AND AGREED, that pending order of this Court, the Motion for Judgment shall be deemed to remain pending notwithstanding any administrative transfer to the suspense docket or other similar events occasioned by this Stipulation, and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and filed without further notice with the Court and that facsimile or other electronic copies shall be deemed originals.

Dated: New York, New York
August 29, 2008

ROSNER NOCERA & RAGONE LLP

By: _____
John A. Nocera, Esq.
Peter A. Ragone, Esq.
John P. Foudy, Esq.
Special Counsel for Plaintiff, Wachovia Bank, National Association
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Non-Party Garnishee
Citibank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

_____
U.S.D.J.
September 3, 2008